IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

AMERICAN PSYCHIATRIC ASSOCIATION
and AMERICAN PSYCHOLOGICAL ASSOCIATION,

        Defendant.

OPINION and ORDER

19-cv-924-jdp

---

This is the third case that the party going by the name "AFlawed GoodSoul, DoctrinAire" has filed in this court in recent months. *See GoodSoul v. ICANN*, No. 19-cv-828-jdp (W.D. Wis. filed Oct. 7, 2019); *GoodSoul v. State of Wisconsin*, No. 19-cv-844-jdp (W.D. Wis. filed Oct. 8, 2019). Like the other two cases, this one is largely incoherent. A complaint must include factual allegations that state a plausible claim for relief. *See BBL, Inc. v. City of Angola,* 809 F.3d 317, 325 (7th Cir. 2015). Because plaintiff doesn't identify any conduct by the defendants that violated his rights, I will dismiss the case with prejudice.

ORDER

IT IS ORDERED that this case is DISMISSED with prejudice for plaintiff's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment and close the case.

Entered January 7, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge