IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL,

    Plaintiff,

    v.

AMERICAN PSYCHIATRIC
ASSOCIATION AND AMERICAN
PSYCHOLOGICAL ASSOCIATION,

    Defendants.

Case No. 19-cv-924-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 01/07/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |